IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CORY GEASON, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 5:23-cv-1-JKP |
| 3M COMPANY, | § § § | |
| *Defendant*. | § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties file this Joint Stipulation of Dismissal with Prejudice, stipulating to the dismissal with prejudice of all claims brought by Plaintiff Cory Geason against Defendant 3M Company in this civil action. This stipulation resolves this case in its entirety. The Parties further agree and stipulate that no party has prevailed, and that they each shall bear their own respective costs, expenses, and attorneys' fees incurred as a result of this action. Accordingly, the parties respectfully request that this case be closed.

Respectfully submitted,

| **LAW OFFICE OF DENNIS L. RICHARD** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| */s/ Dennis L. Richard w/permission* | */s/ Rebecca A. Magee* |
| Dennis L. Richard | Tiffany Cox Stacy |
| State Bar No. 16842600 | Texas Bar No. 24050734 |
| 14255 Blanco Road | tiffany.cox@ogletree.com |
| San Antonio, Texas 78216 | Rebecca A. Magee |
| dennislrichardlaw@gmail.com | Texas Bar No. 24074633 |
| Telephone: (210) 308.6600 | rebecca.magee@ogletree.com |
| Facsimile: (210) 308.6939 | 112 East Pecan Street, Suite 2700 |
|  | San Antonio, TX 78205 |
|  | Telephone: (210) 354-1300 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

59910292.v1-OGLETREE